WALTER C. ANTHONY as Trustee, etc., Appellant, *v.* HENRY HARRISON et al., Respondents.

(Submitted September 19, 1878; decided October 1, 1878.)

REPORTED below, 14 Hun, 198.

*Walter C. Anthony* appellant in person.

*C. F. Brown* for respondents.

Agree to affirm on opinion below.

All concur, except MILLER and EARL, JJ., absent. No opinion.

Judgment affirmed.